In the Matter of William J. Burke, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Henry J. Nichols, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alexander Marks.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of James A. Gray, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of James C. Lenny, an Attorney — Motions granted. Orders to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Joseph Lichtenberg, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John B. Jones, Respondent, v. Beaver National Bank, Appellant.— Judgment and order affirmed, with costs. (See 150 App. Div. 145.) Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; McLaughlin and Scott, JJ., dissented on dissenting opinion on former appeal.

George S. Milligan, as Administrator, etc., Appellant, v. McDermott Dairy Company, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Nathan Kaplan, Appellant.— Judgment and order affirmed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas Bayley, Respondent, v. The Moxie Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur D. Whiteside, Respondent, v. Morris Levy, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Harry Sulkin and Barney Berkowitz, Appellants.— Judgment affirmed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Paul Mandarello, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Celia Gorovoy, as Administratrix, etc., Respondent, v. West Side Mason Contracting Company, Appellant.— Judgment and order affirmed, with